Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## _____ District of _____
## _____ Division

**FILED**
MAY 0 4 2018
Clerk, U.S. District Court
Texas Eastern

Rodney Thomas Retz, Tammy Sue Retz, & N.A.R., a minor )
)
) Case No. 6:18cv193 RWS/JDL
) (to be filled in by the Clerk's Office)
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. ) Jury Trial: *(check one)* ☑ Yes ☐ No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
State of Texas, & DFPS Child Protective Services )
)
)
)
)
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rodney Thomas Retz & Tammy Sue Retz |
| Address | 434 County Road 3435 |
| | Jacksonville, Tx 75766 |
| | *City — State — Zip Code* |
| County | Cherokee |
| Telephone Number | (903) 894 - 3788 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | State of Texas |
| Job or Title *(if known)* | |
| Address | 112 East 11th Street |
| | Austin, Tx 78701 |
| | *City — State — Zip Code* |
| County | Hidalgo |
| Telephone Number | (512) 463-0063 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | DFPS (Child Protective Services of Texas) |
| Job or Title *(if known)* | |
| Address | 701 W. 51st St. |
| | Austin, Tx 78751 |
| | *City — State — Zip Code* |
| County | Hidalgo |
| Telephone Number | (512) 438-4800 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                                                                City                 State              Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                                                                City                 State              Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✔] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
        4th, 5th, 14 Amendments of the U.S Constitution

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
State of Texas Child Protective Services (Jodi Bradsaw) Took son Without Court Order

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
Child Protective Services Jodi Bradshaw took our son from Joe Wright Elementry School without a court order

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
From: May 10th 2016 appx 10 AM
To: May 5th 2017 appx 11 AM

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Family Trust Annihilated, Server Depression on Family Members, Decay of son's ability to deal with his ADHD, ADD, and ODD, (All progress we had made at home has been lost.) Anxity levels elevated in Family, No Trust with any County, or State Agency

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Son possibly Molested while in the care of Child Protective Services,
Family Trust (Will take Years to Possibly Rebuild Fully),
Depression,
Schooling that can deal with his ADHD, ODD, ADD, and other problems that can be Trusted
Mental Health Help that can be Trusted.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
$4,080,000,000.00
$1,000,000,000.00 per person ($3,000,000,000.00) for Violation of the U.S. Constitution
$360,000,000.00 per person ($1,080,000,000.00) for Mental Abuse of persons with disablities, Malicious Prosecution (360 Days), Destruction of Family Trust, Terrorizing of a United States of America Family.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3 May 18

Signature of Plaintiff: *[signatures]*

Printed Name of Plaintiff: Rodney T. Retz & Tammy S. Retz

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

| City | State | Zip Code |

Telephone Number: 
E-mail Address: